UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                       :

JUAN TAPIA, a/k/a/ FREZZY PIZARRO, *on behalf of*   :
*himself, individually, and on behalf of all others similarly*  :
*situated*,                                      :
                                       :                  23 Civ. 9150 (JPC)
                     Plaintiff,         :
                                       :                     <u>ORDER</u>
        -v-                             :
                                       :
EL PUERTO SEAFOOD CORP., *et al.*,          :
                                       :
                   Defendants.      :
                                       :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 27, 2023, Plaintiff served Defendants Luis Cruz and El Puerto Seafood Corp. with copies of the Summons and Complaint. Dkts. 7, 8. On December 13, 2023, Plaintiff served Defendant Yubanex Quezada with copies of the Summons and the Complaint. Dkt. 9. Defendant Cruz and Defendant El Puerto Seafood Corp.'s deadline to respond to the Complaint was therefore December 18, 2023, and Defendant Quezada's deadline to respond was January 3, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from any Defendant. Accordingly, the Court extends *sua sponte* all Defendants' deadlines to respond to the Complaint until February 2, 2024. If any Defendant once again fails to respond to the Complaint by the deadline to do so, Plaintiff should seek a Certificate of Default against that Defendant by February 9, 2024.

      SO ORDERED.

Dated: January 26, 2024
      New York, New York
                                       JOHN P. CRONAN
                             United States District Judge