UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN TAPIA a/k/a FREDDY PIZARRO, on behalf of himself, individually, and on behalf of all others similarly-situated, | **Docket No.:** <br> **23-cv-09150-JPC** |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| -against- | |
| EL PUERTO SEAFOOD CORP., and LUIS CRUZ, individually, and YUBANEX QUEZADA, individually, | |
| Defendants. | |

**WHEREAS**, on February 7, 2024, El Puerto Seafood Corp., and Luis Cruz, individually, and Yubanex Quezada, individually, (together as "Defendants"), offered Plaintiff Juan Tapia a/k/a Freddy Pizarro, to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Thirty Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00), inclusive of pre-judgment interest, attorneys' fees, and costs; and

**WHEREAS**, on February 8, 2024, Plaintiff filed a Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff Juan Tapia a/k/a Freddy Pizarro as against Defendants El Puerto Seafood Corp., and Luis Cruz, individually, and Yubanex Quezada, individually, jointly and severally, in the amount of Thirty Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00).

SO ORDERED, on the _____ day of _____, 2024, New York, New York:

_____
The Honorable John P. Cronan, U.S.D.J.